Motion (DE #24) GRANTED.

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT
OF TENNESSEE

| | |
|---|---|
| SHAWN BROWN, <br> FOR HERSELF, <br> AND G.E., A MINOR CHILD, <br> THROUGH HIS PARENT, <br> SHAWN BROWN, <br><br> **PLAINTIFFS.** <br><br> VS. <br><br> WILLIAMSON COUNTY BOARD OF EDUCATION, <br> AND PATRICK BOYD, IN HIS <br> INDIVIDUAL CAPACITY <br><br> **DEFENDANTS.** | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) NO 3:20-CV-00486 <br> ) JUDGE ALETA TRAUGER <br> ) JURY DEMAND <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

# UNOPPOSED MOTION TO SUBSTITUTE "JOHN DOE" AND "JANE DOE" FOR NAMED PLAINTIFFS

COME the Plaintiffs through counsel, and file this unopposed motion to substitute "John Doe and "Jane Doe" for the named Plaintiffs.

1. In this case involving a minor with a disability, Plaintiffs filed suit and proceeded with the *initials* of the minor, and the full name of the mother. Normally, it is correct that a minor should be identified by initials only. Fed. R. Civ. P. 5.2(a).